## ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Caddell/Whitesell-Green, A Joint Venture ) | ASBCA No. 60206 |
| ) | |
| Under Contract No. W912QR-12-C-0020 ) | |

APPEARANCES FOR THE APPELLANT:      James K. Bidgood, Jr., Esq.
Jonathan R. Mayo, Esq.
  Smith, Currie & Hancock LLP
Atlanta, GA

APPEARANCES FOR THE GOVERNMENT:      Thomas H. Gourlay, Jr., Esq.
  Engineer Chief Trial Attorney
Jonathan R. Bryant, Esq.
  Engineer Trial Attorney
  U.S. Army Engineer District, Louisville

### ORDER OF DISMISSAL

The dispute which is the subject of the appeal having been settled, the appeal is hereby dismissed with prejudice subject to reinstatement only in the event the settlement is not consummated. Any request to reinstate the subject appeal must be filed within one year of the date of this Order.

Dated: 16 March 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60206, Appeal of Caddell/Whitesell-Green, A Joint Venture, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals